# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Enrique Vales & Gloria Vales_____ Case No. __22 B 00703__ Chapter __13__

All Cases: Moving Creditor __Santander Consumer USA Inc. (Chrysler Capital)__ Date Case Filed ___1/21/22___

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed ____3/10/22____

Chapter 7: ☐  No-Asset Report Filed on _____
          ☐  No-Asset Report not Filed, Date of Creditors Meeting _____

1.    Collateral
      a.       ☐ Home
      b.       ☑ Car   Year, Make, and Model _____2017 Jeep Renegade_____
      c.       ☐ Other (describe)_____

2.    Balance Owed as of Petition Date   $ _____12,629.52_____
      Total of all other Liens against Collateral $_____

3.    In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.    Estimated Value of Collateral (must be supplied in *all* cases)   $ _____19,975.00_____

5.    Default
      a.       ☐ Pre-Petition Default
              Number of months _____        Amount $ _____

      b.       ☑ Post-Petition Default
              i.       ☑ On direct payments to the moving creditor
                      Number of months __4__        Amount $ 1,935.56 w/ next due 5/30

              ii.      ☐ On payments to the Standing Chapter 13 Trustee
                      Number of months _____        Amount $ _____

6.    Other Allegations
      a.       ☑ Lack of Adequate Protection  § 362(d)(1)
              i.       ☑ No insurance
              ii.      ☐ Taxes unpaid         Amount $ _____
              iii.     ☑ Rapidly depreciating asset
              iv.      ☐ Other (describe) _____

      b.       ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

      c.       ☐ Other "Cause" § 362(d)(1)
              i.       ☐ Bad Faith (describe)_____
              ii.      ☐ Multiple Filings
              iii.     ☐ Other (describe) _____

      d.       Debtor's Statement of Intention regarding the Collateral
              i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____5/6/22_____        _____/s/ Cari A. Kauffman_____
                                                Counsel for Movant

(Rev. 12 /21/09)