UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-00703 |
| Enrique Vales and Gloria Vales | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN AND SHORTENING NOTICE

This matter coming to be heard on the Debtors' motion, this court having jurisdiction and notice being found sufficient under the circumstances, this Court orders that the motion is granted, and

1. The Debtors' plan payment is increased to $1,250 per month.

2. The Debtors' plan is modified to remove, from section 3.1, the arrearage payment to Santander Consumer USA d/b/a Chrysler Capital ("Chrysler").

3. The Debtors' plan is modified to to provide, pursuant to section 3.3, that the Trustee shall make fixed monthly payments to Chrysler, to Chrysler's fully-secured claim valued at $12,629.52, for the 2017 Jeep Renegade, with 1% APR, at fixed monthly payments of $1,058.17 per month.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 26, 2022

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602