# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

**IN RE:**  **Chapter 13**
**Debtor(s)**  **CASE NO: 22-00703**

**ENRIQUE VALES**
**GLORIA VALES**

# NOTICE OF CLAIM SATISFACTION

**TO:** Debtor(s), Attorney for Debtor(s), Trustee, and all interested parties:

**NOTICE IS HEREBY GIVEN:**

As to Claim 23 filed on 3/11/2022, file this notice that claim 23 has been satisfied and the Debtor(s) has no further liability as to this claim. We respectfully request no further disbursements be made by the Chapter 13 Trustee.

Dated: 3/20/2023

/S/ Ashley Boswell
Bankruptcy Specialist
American InfoSource as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
877-893-8870
POC_ais@aisinfo.com