UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 22-00703
Enrique Vales and Gloria Vales  )
)  Chapter: 13
)  Honorable Donald R. Cassling
)
)
Debtor(s)  )

### ORDER SUSTAINING OBJECTION TO CLAIM

This matter, coming to be heard on objection of debtors to the claim 23 of Kohl's, this Court having jurisdiction and due notice being given all parties entitled thereto, the objection is sustained, and:

1. Claim 23 of Kohl's is disallowed, and
2. The Trustee shall make no further payments on this claim, and
3. The Trustee is not required to recover any payments on this claim previously disbursed under the plan.
4. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 11, 2024

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602